■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EVON BLACKWOOD, Appellant. [46 NYS3d 413]—

Judgment, Supreme Court, Bronx County (Peter J. Benitez, J.), rendered December 12, 2014, convicting defendant, after a jury trial, of assault in the first degree, and sentencing him to a term of eight years, unanimously reversed, as a matter of discretion in the interest of justice, and the matter remanded for a new trial.

As in *People v Velez* (131 AD3d 129 [1st Dept 2015]), the court's charge did not convey to the jury that an acquittal on the top count of attempted murder based on a finding of justification would preclude consideration of the other charges. We find that the error was not harmless, and that it warrants reversal in the interest of justice (see e.g. *People v Flores*, 145 AD3d 568 [1st Dept 2016]; *People v Delin*, 145 AD3d 566 [1st Dept 2016]).

In light of this determination, we find it unnecessary to reach any other issues. Concur—Friedman, J.P., Andrias, Moskowitz, Kapnick and Kahn, JJ.